474 A.2d 670

Commonwealth v. Dukeman, Appellant.

Petition for Allowance of Appeal
Denied Aug. 1, 1984.

Submitted March 21, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Mary Louise Barton, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and BECK and TAMILIA, JJ.

Judgment of sentence affirmed.